IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IBA MOLECULAR, NORTH AMERICA, INC., | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. 1:14-cv-0909 (AJT/JFA) |
| v. | )<br>)<br>) |
| NEO-PET, LLC, | )<br>) |
| Defendant. | )<br>) |

## ORDER

This matter is before the Court on the Proposed Findings of Fact and Recommendations [Doc. No. 16] of the Magistrate Judge recommending that default judgment be entered against defendant NeoPET, LLC ("defendant") and in favor of plaintiff IBA Molecular, North America, Inc. ("plaintiff"), in the amount of $237,041.47. No objections to the Proposed Findings of Fact and Recommendations have been filed. The Court conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that plaintiff's Motion for Default Judgment Pursuant to Fed. R. Civ. P. 55(b)(1) [Doc. No. 7] be, and the same hereby is, GRANTED; and it is further

ORDERED that default judgment be, and the same hereby is, entered against defendant and in favor of plaintiff, in the amount of $237,041.47, which consists of $204,722.00 in unpaid invoices, $31,919.47 in contractual interest as set forth in the Agreement, and the $400.00 filing fee.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order to all counsel of record and to defendant NeoPET, LLC at the following addresses:

NeoPET, LLC
c/o Carla Miraldi
2856 Fairfax Road
Cleveland Heights, Ohio 44118

Jeffrey M. Levinson
3783 S. Green Road
Cleveland, Ohio 44122

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
March 12, 2015